UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE:<br><br>JOHN G PERRY<br><br><br>Debtor. | CASE: DL-16-06071<br>CHAPTER 13<br>Hon. SCOTT W. DALES<br>Filed: December 02, 2016 |

# AFFIDAVIT AND NOTICE OF DEFAULT

1. On August 30, 2018 the Court issued an Order Regarding Stipulation of Trustee and Debtor to Adjourn the Dismissal Hearing.

2. That the Debtor failed to cure the existing plan arrears of $9850.00 with payment to post with the Trustee on or before September 17, 2018.

3. Pursuant to the terms of the Order Adjourning Dismissal Hearing the Trustee requests the Order Dismissing this case be entered.

Dated: September 19, 2018

/s/ Barbara P. Foley
Affiant on behalf of
Barbara P. Foley, Chapter 13 Trustee
229 E. Michigan Ave, Suite 440
Kalamazoo, Mi  49007
(269)343-0305